253 So.2d 68

**COMMERCIAL CREDIT CORPORATION**

**v.**

**Raywood VINCENT and Helen Denlenger.**

**No. 51721.**

Oct. 15, 1971.

In re: Raywood Vincent, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 251 So.2d 63.

Writ denied. No error of law in the judgment.

SUMMERS, J., since the issue presented is res nova, I am of the opinion the writ should be granted.

TATE, J., concurs in SUMMERS, J., opinion.

DIXON, J., is of the opinion that the writ should be granted.